JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Young Kwon<br><br>              Plaintiff,<br><br>v.<br><br>TBS Fodds, Inc. et al<br><br>              Defendants. | Case No. CV 19-06925-AB (MAAx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(PURSUANT TO LOCAL RULE 41) |

      On November 12, 2019, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. In light of Plaintiff's response, on December 3, 2019, the Court continued the Order to Show Cause response deadline to December 10, 2019. No response having been filed to the Court's Order to Show Cause,

    //
    //
    //

1.

| 1 | IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, |
| 2 | without prejudice, for lack of prosecution and for failure to comply with the orders of |
| 3 | the Court, pursuant to Local Rule 41. |

Dated: December 16, 2019    _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE